Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYANN M. AVINA,<br><br>Defendant. | Docket Number  6:21-po-00008-HBK<br><br>**MOTION TO DISMISS VIOLATION NUMBER 09909567 AND RESOLVE VIOLATION NUMBER 9291750 THROUGH FORFEITURE OF COLLATERAL; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of violation number 09909567, in the matter of case *6:21-po-00008-HBK*, without prejudice and in the interest of justice. Additionally, the Government moves to resolve violation number 9291750 through forfeiture of collateral, in the amount of $100 fine and $30 Central Violations Bureau processing fee, consistent with the bail schedule. The Defendant does not oppose.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

1

Dated:  March 22, 2021          /S/ *Sean O. Anderson*
                                SEAN O. ANDERSON
                                Legal Officer
                                Yosemite National Park

Dated:  March 22, 2021          /S/ *James H. Watkins*
                                JAMES H. WATKINS, ESQ.
                                Law Offices of James H. Watkins
                                Attorney for Ryann Avina

## ORDER

Upon motion of the United States brought under Fed. R. Crim. Pro. 48 in the matter of *United States v. Avina*, case no. 6:21-po-00008-HBK, it is hereby ORDERED:

1. Violation no. 09909567 is dismissed without prejudice, in the interest of justice.
2. Violation no. 9291750 can be resolved through forfeiture of collateral, in the amount of $100.00 fine and $30.00 Central Violations Bureau processing fee, consistent with the bail schedule (for a total amount due of $130.00).  Payment to be made within thirty (30) days of the date of this Order.

IT IS SO ORDERED.

Dated:   March 23, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE